**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01381-REB-MJW

ADAM NAKAMURA, and
MARIA PETRITA RODRIGUEZ,

    Plaintiffs,

v.

STEPHEN JESIK,
JEFFREY FURNEY,
LISA PICKERING,
BRENT TILLMAN,
CHRIS NOELLER,
CHARLIE TAYLOR,
MARC DeFUSCO,
MARK CANNON,
MICHAEL SIMONICH,
CHRIS D'AMOUR,
FRANK HOLDERMAN, and
LINDA GRISHAM,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On October 5, 2005, the parties filed a **Stipulated Motion for Dismissal of Action With Prejudice** [#26].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal of Action With Prejudice** [#26],

filed on October 5, 2005, is **GRANTED**;

    2.  That this action is **DISMISSED WITH PREJUDICE**; and

    3.  That each party shall pay his or her own attorney fees and costs.

Dated October 5, 2005, at Denver, Colorado.

                                  BY THE COURT:

                                  <u>s/ Robert E. Blackburn</u>
                                  Robert E. Blackburn
                                  United States District Judge